No. 84–6115.  TURNER *v.* BOSSE, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 84–6116.  TYLER *v.* HARPER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 84–6117.  ZANI *v.* SIXTH SUPREME JUDICIAL DISTRICT COURT OF APPEALS OF TEXAS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 84–6118.  ZANI *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 84–6124.  KUANG HUNG HU *v.* MORGAN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–6125.  BORGES *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–6133.  HAYES *v.* ROADWAY EXPRESS, INC.  C. A. 6th Cir.  Certiorari denied.

No. 84–6138.  MILBY *v.* NORTH CAROLINA DEPARTMENT OF CORRECTION.  C. A. 4th Cir.  Certiorari denied.

No. 84–6141.  BARRON *v.* AIKEN, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 84–6143.  GREENE *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 84–6148.  JAMAL *v.* GREER, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 84–6149.  ESTRADA *v.* PHELPS ET AL.  C. A. 9th Cir. Certiorari denied.

No. 84–6152.  FRIEDMAN *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–6192.  BERTULFO *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.